**Form B6 C (04/13)**

***AMENDED***

Blumberg Excelsior, Inc., Publisher, NYC 10013

In re: Fredericks, Linda                                      Debtor(s) Case No. 15-10636          (if known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

**Debtor claims the exemptions to which debtor is entitled under:**

☐ Check if debtor claims a homestead exemption that exceeds $155,675.*

☒ 11 U.S.C. § 522(b)(2)

☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Checking Account | N.Y. Debt. & Cred. Law § 283(2) Bank Deposits | 150.00 | 150.00 |
| Household Goods and furnishings | CPLR § 5205(a)(5) Wearing Apparel Household Furniture Refrigerator Radio TV Crockery Tableware and Cooking Utensils | 1,800.00 | 1,800.00 |
| Clothing | CPLR § 5205(a)(5) Wearing Apparel Household Furniture Refrigerator Radio TV Crockery Tableware and Cooking Utensils | 800.00 | 800.00 |
| IRA | 11 USC § 522(d)(10)(E) Stock Bonus Pension Profit Sharing Annuity or Similar Plan | | |
| Distribution from Sale of Marital residence when son reaches majority | 11 USC § 522(d)(5) Aggregate Interest in Property | 12,250.00 | |

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*